IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case No. 1:25-cv-07825

ROCKEFELLER PHOTOS, LLC,

    Plaintiff,

v.

CUOMO'S CATERING COMPANY, LTD.,

    Defendant.

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER

Plaintiff Rockefeller Photos, LLC ("Plaintiff") hereby files this motion for an extension of time for defendant Cuomo's Catering Company, Ltd. ("Defendant") to file its Answer or responsive pleading, and in support thereof state as follows:

1. On July 10, 2025, Plaintiff filed its Complaint. See D.E. 1.

2. On July 23, 2025, Defendant was served with the Summons and Complaint. As such, Defendant's Answer or responsive pleading was due August 13, 2025. See D.E. 7.

3. On August 19, 2025, Plaintiff's counsel received an email on behalf of Defendant, discussing possible settlement negotiations.

4. The parties are still currently in negotiations and have agreed to request an extension to continue settlement discussions.

5. Plaintiff now requests that Defendant be given an additional thirty (30) days from the date of this filing (i.e., October 14, 2025[1]) to file its Answer or responsive pleading.

---

[1] Accordingly, thirty (30) days from the date of this filing would be Sunday, October 12, 2025. The following Monday, October 13, 2025, is Columbus Day, making Defendant's Answer due October 14, 2025.

6. The requested relief is made in good faith. The relief being sought will neither unfairly prejudice Plaintiff or Defendant, nor cause undue delay.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order: (a) granting this Motion and (b) extending the deadline for Defendant to file its Answer or responsive pleading on or before October 14, 2025.

Dated: September 12, 2025.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza
  Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.