IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case No. 1:25-cv-07825

ROCKEFELLER PHOTOS, LLC,

    Plaintiff,

v.

CUOMO'S CATERING COMPANY, LTD.,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Rockefeller Photos, LLC ("Plaintiff") hereby gives notice that the parties have reached a settlement in principle that fully resolves this lawsuit. The parties have finalized a written settlement agreement and anticipate filing a notice of dismissal with prejudice within the next 30 days.

Dated: November 3, 2025.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza
    Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.